395 A.2d 1015

Commonwealth v. Conklin, Appellant.

Submitted December 6, 1977. Cregg E. Mayrosh, for appellant; Salvador J. Salazar, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.

395 A.2d 1015

Commonwealth v. DiSanto, Appellant.

Submitted December 6, 1977. Robert B. Mozenter, for appellant; Michael R. Stiles, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.